U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 NOV 14 PM 4:40

CLERK

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

ALEX ANDRES JAPON BENITES, )
)
Petitioner, )
) Case No: 2:25-cv-00885
v. )
)
PATRICIA HYDE, IN HER OFFICIAL )
CAPACITY AS ACTING BOSTON FIELD )
OFFICE DIRECTOR, IMMIGRATION AND )
CUSTOMS ENFORCEMENT, ENFORCEMENT )
AND REMOVAL OPERATIONS; VERMONT )
SUB-OFFICE DIRECTOR OF IMMIGRATION )
AND CUSTOMS ENFORCEMENT, )
ENFORCEMENT AND REMOVAL )
OPERATIONS; TODD M. LYONS, IN HIS )
OFFICIAL CAPACITY AS ACTING DIRECTOR, )
U.S. IMMIGRATION AND CUSTOMS )
ENFORCEMENT; KRISTI NOEM, IN HER )
OFFICIAL CAPACITY AS SECRETARY OF )
THE UNITED STATES DEPARTMENT OF )
HOMELAND SECURITY; MARCO RUBIO, )
IN HIS OFFICIAL CAPACITY AS SECRETARY )
OF STATE; AND PAMELA BONDI, IN HER )
OFFICIAL CAPACITY AS U.S. ATTORNEY )
GENERAL, )
)
Respondents. )

## ORDER

Petitioner Alex Andres Japon Benites has requested the court to issue an order requiring his custody to remain in Vermont so that he may effectively litigate his habeas corpus petition. The court has previously issued this type of order in other cases. *See, e.g.*, *Ozturk v. Trump*, 2025 WL 1009445, at *2 (D. Mass. Apr. 4, 2025); *Suri v. Trump*, 2025 WL 914757, at *1 (E.D. Va. Mar. 20, 2025). When it has not done so, the petitioner has only been able to attend hearings remotely, without effective translation, and without the Petitioner's ability to consult with counsel during the hearing. *See, e.g.*, *Petrova v. U.S.*

*Dep't of Homeland Sec.*, Case No. 2:25-cv-00240 (D. Vt.) at Doc. 70 (noting the petitioner was present by video and interpreter and counsel were present in the courtroom).

In order to preserve this court's jurisdiction, and pursuant to the All Writs Act, 28 U.S.C. § 1651, authoring the federal courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law[,]" it is hereby ORDERED that the Petitioner Alex Andres Japon Benites, shall not be removed from the District of Vermont pending further Order of this court.

Dated at Burlington, in the District of Vermont, this 14th day of November, 2025 at 4:35 p.m.

Christina Reiss, Chief Judge
United States District Court