UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 NOV 25 AM 11: 48

CLERK

BY _____
DEPUTY CLERK

| | |
|---|---|
| ALEX ANDRES JAPON BENITES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 2:25-cv-00885-cr |
| ) | |
| VERMONT SUB-OFFICE DIRECTOR OF, ) | |
| IMMIGRATION AND CUSTOMS, ) | |
| ENFORCEMENT, ENFORCEMENT AND ) | |
| REMOVAL OPERATIONS; TODD M. ) | |
| LYONS, IN HIS OFFICIAL CAPACITY AS ) | |
| ACTING DIRECTOR, U.S. IMMIGRATION ) | |
| AND CUSTOMS ENFORCEMENT; KRISTI ) | |
| NOEM, IN HER OFFICIAL CAPACITY ) | |
| AS SECRETARY OF THE U.S. ) | |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY; MARCO RUBIO, IN HIS ) | |
| OFFICIAL CAPACITY AS SECRETARY ) | |
| OF STATE; PAMELA BONDI, IN HER ) | |
| OFFICIAL CAPACITY AS U.S. ATTORNEY ) | |
| GENERAL; GREG HALE, IN HIS OFFICIAL ) | |
| CAPACITY AS SUPERINTENDENT OF ) | |
| NORTHWEST STATE CORRECTIONAL ) | |
| FACILITY; and DAVID WESLING, IN HIS ) | |
| OFFICIAL CAPACITY AS ACTING ) | |
| BOSTON FIELD OFFICE DIRECTOR, ) | |
| IMMIGRATION AND CUSTOMS ) | |
| ENFORCEMENT, ENFORCEMENT AND ) | |
| REMOVAL OPERATIONS ) | |
| ) | |
| Respondents. ) | |

**AMENDED ORDER EXTENDING TEMPORARY RESTRAINING ORDER**

Petitioner Alex Andres Japon Benites has requested the court to issue an order requiring his custody to remain in Vermont so that he may effectively litigate his habeas corpus petition. The court has previously issued this type of order in other cases. *See, e.g.*, *Perez Alfaro v. Trump*, Case No. 2:25-cv-00584 (D. Vt. June 16, 2025) at Doc. 4

(granting motion for temporary restraining order and ordering "the petitioner shall not be removed from the District of Vermont pending further Order of this court"); *Walizada v. Trump*, Case No. 2:25-cv-00768 (D. Vt. Oct. 1, 2025) at Doc. 13 (extending motion for temporary restraining order until petitioner's show cause hearing); *Ozturk v. Trump*, 2025 WL 1009445, at *2 (D. Mass. Apr. 4, 2025); *Suri v. Trump*, 2025 WL 914757, at *1 (E.D. Va. Mar. 20, 2025). When it has not done so, the petitioner has only been able to attend hearings remotely, without effective translation, and without the petitioner's ability to consult with counsel during the hearing. *See, e.g., Petrova v. U.S. Dep't of Homeland Sec.*, Case No. 2:25-cv-00240 (D. Vt. May 28, 2025) at Doc. 70 (noting the petitioner was present by video and interpreter and counsel were present in the courtroom).

In order to preserve this court's jurisdiction, and pursuant to the All Writs Act, 28 U.S.C. § 1651, authorizing the federal courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law[,]" it is hereby ORDERED that the Petitioner, Alex Andres Japon Benites, shall not be removed from the District of Vermont pending further Order of this court.

This temporary restraining order ("TRO") shall be extended until December 2, 2025, in light of Petitioner's pending habeas petition and the court's December 2, 2025 show cause hearing, at which time Respondents may ask that the TRO be vacated.

Dated at Burlington, in the District of Vermont, this 25th day of November, 2025, at 11:35 a.m.

Christina Reiss, Chief Judge
United States District Court